UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kim Kittleson-Hurley

        Plaintiff,

v.

NCO Financial Systems, Inc. and
Terrance O'Hanlin,

        Defendants.

Case No: 0:13-cv-01728-JNE-JJK

**OFFER OF JUDGMENT OF NCO FINANCIAL SYSTEMS, INC. AND TERRANCE O'HANLIN**

TO:    PLAINTIFF NAMED ABOVE, Kim Kittleson-Hurley:

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc., (hereinafter "NCO") and Terrance O'Hanlin (collectively referred to herein as Defendants), hereby offer to allow judgment to be taken against them in favor of Kim Kittleson-Hurley, as follows:

1. The parties making the Offer of Judgment are Defendants;
2. The Offer of Judgment is being made to the individual named Plaintiff, Kim Kittleson-Hurley;
3. Without admitting any liability, judgment shall be entered against Defendants for damages in the total amount of One Thousand and one and 00/100 Dollars ($1,001.00) for Defendants' alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*;
4. In addition, without admitting any liability, the Judgment entered shall also include an amount for costs accrued through the date of this Offer of Judgment and an amount for reasonable attorney's fees. Costs and reasonable attorney's fees are to be agreed upon by the parties, or, if the parties are unable to agree, to be determined by the Court on application by Plaintiff's counsel;

ACCEPTED: _____
                    Kim Kittleson-Hurley

DATE:        8/1/13

 

ERSTAD & RIEMER, P.A.

Dated: 7/03/13                 By: _____
Thomas H. Schaefer (#0231587)
8009 34th Avenue South, Suite 200
Minneapolis, MN 55425
Direct Line: 952-837-3250
Direct Fax: 952-767-7050
E-Mail: tschaefer@erstad.com

*Attorney for Defendant NCO*